UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER PEMENTAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 1:18-cv-00101-JJM |
| | : | |
| US BANK NATIONAL ASSOCIATION AS | : | |
| TRUSTEE FOR THE HOLDERS OF | : | |
| THE BEAR STEARNS ASSET BACKED | : | |
| SECURITIES I TRUST 2004-AC6, ASSET | : | |
| BACKED CERTIFICATES, SERIES 2004-AC6, | : | |
| AND OCWEN LOAN SERVICING, LLC, | : | |
| | : | |
| Defendants. | : | |

**ASSENTED-TO MOTION FOR EXTENSION
OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendants, U.S. Bank National Association as Trustee for the Holders of the Bear Stearns Asset Backed Securities I Trust 2004-AC6, Asset-Backed Certificates, Series 2004-AC6 and Ocwen Loan Servicing, LLC (collectively the "Defendants"), by and through their attorneys, Locke Lord LLP, hereby move for an extension of the deadline within which the Plaintiff, Christopher Pemental (the "Plaintiff) and the Defendants can file their dispositive motions. By Text Order dated June 26, 2019, this Court set a deadline for dispositive motions to be filed by September 26, 2019. The Defendants request an additional ninety (90) days, up to and including December 26, 2019. Defendants require additional time to prepare their dispositive motion. Plaintiff's attorney has assented to this motion.

WHEREFORE, Defendants respectfully request that their Assented-To Motion to Extend Time to File Dispositive Motions be granted.

Respectfully submitted,

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR THE HOLDERS OF
THE BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC6, ASSET-
BACKED CERTIFICATES, SERIES 2004-AC6,
AND OCWEN LOAN SERVICING, LLC

By their Attorneys,

/s/ Jeffrey C. Ankrom, Esq.
Joseph A. Farside, Jr. (#7559)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
joseph.farside@lockelord.com
jeffrey.ankrom@lockelord.com

Date: September 23, 2019

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on the 23rd day of September, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

    /s/ Jeffrey C. Ankrom