# EXHIBIT A-2

INST:
ASSIGNMENT OF NOTE AND MORTGAGE BK: 1109 Pg: 185

KNOW ALL MEN BY THESE PRESENTS, that **Mortgage Electronic Registration Systems, Inc.**, of P.O. Box 2026, Flint, Michigan (the "Assignor"), the present holder of that certain note and mortgage given by **Christopher B. Pemental** to Mortgage Electronic Registration Systems, Inc., as nominee for GreenPoint Mortgage Funding, Inc., dated **September 10, 2004**, and recorded with the Land Evidence Records of the Town of Barrington, Rhode Island in **Book 869, Page 242**, for valuable consideration to it paid, does without recourse hereby assign, transfer, convey and deliver all of its rights, title and interests in and to that certain note and mortgage to **GreenPoint Mortgage Funding, Inc.**, 2300 Brookstone Centre Parkway, Columbus, Georgia, its successors and assigns.

IN WITNESS WHEREOF, Assignor has executed this assignment on this 04 day of Nov., 2008.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Name: Tina Jones
Title: Assistant Secretary

STATE OF GA
COUNTY OF Muscogee

In Muscogee, in said County, on the 04 day of Nov. 2008, before me personally appeared the above-named Tina Jones, to me known and known by me to be a/an/the Asst. Sec. of Mortgage Electronic Registration Systems, Inc., the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her so executed to be his/her free act and deed and the free act and deed of said Mortgage Electronic Registration Systems, Inc.

Name: Charmaine Carter, Notary Public
My Commission Expires:

Property Address:
193 Sowams Road
Barrington, Rhode Island

1016603_1/

RECEIVED FOR RECORD
Nov 26, 2008 11:36:44A
Barrington, R.I.
LORRAINE A. DEROIS
TOWN CLERK