# EXHIBIT A-3

INST:       170    Bk: 1279 Pg:    47

Recording Requested By:
**Bank of America**
Prepared By: **Mary Ann Hierman**
**888-603-9011**
When recorded mail to:
**CoreLogic**
**450 E. Boundary St.**
**Attn: Release Dept.**
**Chapin, SC 29036**

DocID# 1022117767810240

Property Address:
**193 Sowams Rd**
**Barrington, RI 02806-4607**

BJ0-AM  16578599        1/10/2012

610  022117678  D8  001  003

MIN #: [redacted]        This space for Recorder's use        MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **1901 E Voorhees Street, Suite C, Danville, IL 61834** does hereby grant, sell, assign, transfer and convey unto **U.S. BANK N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I TRUST 2004-AC6, ASSET-BACKED CERTIFICATESSERIES 2004-AC6** whose address is **9062 OLD ANNAPOLIS RD, COLUMBIA, MD 21045** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:        **GREENPOINT MORTGAGE FUNDING, INC.**
Borrower(s):        **CHRISTOPHER B. PEMENTAL, AN UNMARRIED MAN**
Date of Mortgage:        9/10/2004
Original Loan Amount:        $343,900.00
Recorded in **Barrington Township, RI** on: 9/13/2004, book **0869**, page **0242** and instrument number **004153**
IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
Dated: _1/10/12_

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: ~~Christopher Herrera Assistant Secretary~~

State of **California**
County of **Ventura**

On _1-10-2012_ before me, _Norma Rojas_, Notary Public, personally appeared _Christopher Herrera_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity (ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _Norma Rojas_        (Seal)
My Commission Expires: _2-14-2015_

NORMA ROJAS
Commission # 1925662
Notary Public - California
Ventura County
My Comm. Expires Feb 14, 2015

RECEIVED FOR RECORD
Jan 17,2012 10:36:31A
Barrington, R.I.
LINDA H. JAMES
TOWN CLERK

8



PEMENTAL,CHRISTOPHER        KASOTA
BEAR        BSABS2004AC6-PRIV