# EXHIBIT A-4

INST: 2264 Bk: 1416 Pg: 177

APN # LOT #90
Prepared By: Gina Herman / NM
When recorded return to:
Security Connections, Inc.
240 Technology Dr.
Idaho Falls, ID 83401

Phone Number: 561-682-8835

**ASSIGNMENT OF MORTGAGE**
**RHODE ISLAND**

This ASSIGNMENT OF MORTGAGE from U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC6, ASSET BACKED CERTIFICATES, SERIES 2004-AC6, whose address is c/o Ocwen Loan Servicing, LLC., 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignor") to U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC6, ASSET BACKED CERTIFICATES, SERIES 2004-AC6, whose address is c/o Ocwen Loan Servicing, LLC., 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 ("Assignee")

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor does by these presents hereby grant, bargain, sell, transfer and set over unto the Assignee, its successors, transferees and assigns forever, all of the right, title and interest of said Assignor in and to the following instrument describing land therein, duly recorded in the Office of the Public Records of **BARRINGTON (TOWN)**, State of **RHODE ISLAND**, as follows.

Mortgagor: CHRISTOPHER B. PEMENTAL
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, SOLELY AS NOMINEE FOR GREENPOINT MORTGAGE FUNDING, INC
Document Date: SEPTEMBER 10, 2004          Amount $ 343,900.00
Recording Date: September 13, 2004
Book/Volume/Docket/Liber 0869          Page/Folio 0242          Instrument 004153
Property address: 193 SOWAMS ROAD, BARRINGTON, RI 02806
Property described as follows:

*FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE*

This Assignment is made without recourse, representation or warranty

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the _____11_____ day of _____SEPT_____, 2014

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
CERTIFICATEHOLDERS OF THE BEAR STEARNS ASSET BACKED
SECURITIES I TRUST 2004-AC6                    Signed, sealed and delivered in the presence of:
BY ITS ATTORNEY IN FACT
OCWEN LOAN SERVICING, LLC

BY _____Karen Smith_____
NAME   _____Karen Smith_____          (1) _____Rebecca Damme_____
TITLE: Authorized Signer                                **REBECCA DAMME**

                                                 (2) _____Cameron Carlson_____
                                                     **CAMERON CARLSON**

STATE OF IOWA      )
                   )ss
COUNTY OF BLACK HAWK )

The foregoing instrument was acknowledged before me this _____11_____ day of _____SEPT_____, 2014, by _____Karen Smith_____ Authorized Signer at Ocwen Loan Servicing, LLC ATTORNEY IN FACT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF THE BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-AC6, on behalf of the company. He/She is personally known to me.

VICKI POSPISIL
COMMISSION NO. 784638
MY COMMISSION EXPIRES
JUNE 10, 2017

Notary Public – **Vicki Pospisil**

INST:        2264 Bk: 1416 Pg:    178

State of IOWA

RECEIVED FOR RECORD
Sep 29, 2014 08:55A
Barrington, R.I.
Meredith J. DeSisto
TOWN CLERK

INST:        2264 Bk: 1416 Pg:    178